Official Form 1 (4/07)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Buck, Linda** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-5256** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**615 Fitch Rd**<br>**Rockford, IL**<br><div align="right">ZIP Code **61109**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

#### Estimated Assets

| ☐ $0 to $10,000 | ■ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
| --- | --- | --- | --- | --- |

#### Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
| --- | --- | --- | --- | --- |

**Official Form 1 (4/07)**                                                                                      FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Buck, Linda** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X   /s/ Karl C. Koonmen                    April  1, 2008** Signature of Attorney for Debtor(s)                (Date) **Karl C. Koonmen** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                                                    FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Buck, Linda** |

<div align="center">Signatures</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Linda Buck**
_____
Signature of Debtor   **Linda Buck**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April  1, 2008**
_____
Date

### Signature of Attorney

X **/s/ Karl C. Koonmen**
_____
Signature of Attorney for Debtor(s)

**Karl C. Koonmen**
_____
Printed Name of Attorney for Debtor(s)

**Loves Park Legal Clinic**
_____
Firm Name

**The Professional Building
535 Loves Park Drive
Loves Park, IL 61111**

_____
Address

**815-645-3060  Fax: 815-654-9893**
_____
Telephone Number

**April  1, 2008**
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Linda Buck** _____    Case No. _____
_____    Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]_ ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Linda Buck**
　　　　　　　　　　　　**Linda Buck**
Date:    **April  1, 2008**

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Linda Buck**                                              ,

Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 16,474.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 33,864.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 107,472.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,028.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,050.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| | | Total Assets | 16,474.00 | | |
| | | Total Liabilities | | 142,336.33 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Linda Buck**                                                                                  Case No. _____

Debtor                                      Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 1,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 1,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,028.00 |
| Average Expenses (from Schedule J, Line 18) | 2,050.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,894.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 25,364.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1,000.00 |
| 4. Total from Schedule F | | 107,472.33 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 133,836.33 |

Form B6A
(10/05)

In re   **Linda Buck**                                                          ,      Case No. _____
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |
| | | | (Report also on Summary of Schedules) | |

___0___   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

.

In re   **Linda Buck**                                                                    ,   Case No. _____
_____
                                      Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account Rock Valley Credit Union** | - | 24.00 |
| | | **Checking Account Rock Valley Credit Union** | - | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods** | - | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | - | 750.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Ins with no cash value** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **1,974.00** |
|---|---|---|
|  | (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6B
(10/05)

In re    **Linda Buck**                                                      ,        Case No. _____

_____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Estimated Earned income credit** | - | **6,000.00** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **6,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Form B6B
(10/05)

In re  **Linda Buck**                                                                          ,    Case No. _____
                                                  Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Chevy Blazer** | - | **500.00** |
| | | **2003 Dodge Grand Caravan** | - | **8,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **8,500.00** |
| (Total of this page) | |
| Total > | **16,474.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

Form B6C
(4/07)

In re   **Linda Buck**                                                              ,        Case No. _____
                                                                            Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Savings Account Rock Valley Credit Union** | **735 ILCS 5/1-1001(b)** | **24.00** | **24.00** |
| **Checking Account Rock Valley Credit Union** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | | | |
| **Household Goods** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **750.00** | **750.00** |
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| **Estimated Earned income credit** | **735 ILCS 5/12-1001(b)** | **2,776.00** | **6,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1997 Chevy Blazer** | **735 ILCS 5/12-1001(c)** | **0.00** | **500.00** |
| **2003 Dodge Grand Caravan** | **735 ILCS 5/12-1001(c)** | **0.00** | **8,000.00** |

|  | Total: | **4,750.00** | **16,474.00** |
|---|---|---:|---:|

 **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re  **Linda Buck**                                                                    Case No. _____

_____,
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **1024226** <br><br> **Amcore Bank N A** <br> **501 7th St** <br> **Rockford, IL 61104** | X | | - | | Opened 11/03/00  Last Active  6/08/07 <br><br> 1997 Chevy Blazer <br><br><br> Value $                        500.00 | | | | 21,864.00 | 21,364.00 |
| Account No. **91358404** <br><br> **Conseco Finance** <br> **Po Box 6154** <br> **Rapid City, SD 57709** | | | - | | Opened  8/01/99  Last Active  4/01/02 <br><br> Secured <br><br><br> Value $                    Unknown | | | | Unknown | 0.00 |
| Account No. <br><br> **Kishwaukee Auto Corall** <br> **3336 kishwaukee** <br> **Rockford, IL 61109** | | | - | | 2008 <br><br> Deed of Trust <br><br> 2003 Dodge Grand Caravan <br><br> Value $                     8,000.00 | | | | 12,000.00 | 4,000.00 |
| Account No. <br><br><br><br><br> | | | | | <br><br><br><br> Value $ | | | | | |

_**0**_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 33,864.00 | 25,364.00 |
| Total <br> (Report on Summary of Schedules) | 33,864.00 | 25,364.00 |

Official Form 6E (4/07)

.

In re **Linda Buck**                                                                      Case No. _____
_____,
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                 Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re     **Linda Buck**
_____,      Case No. _____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2002-2004 | | | | | | |
| **Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114** | - | | income taxes for 2002-2004 | | | | | | 1,000.00 |
| | | | | | | | 1,000.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 1,000.00 | |
| (Total of this page) | 1,000.00 | 0.00 |
| Total | 1,000.00 | |
| (Report on Summary of Schedules) | 1,000.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06)

In re **Linda Buck** _____, Case No. _____

_Debtor_

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **491850**<br><br>**Accounts Receivable Services, Inc.**<br>**7507 N. 2nd St Unit C**<br>**Machesney Park, IL 61115** | X | - | | | **2003**<br>**Medical in Collection** | | | | 260.00 |
| Account No.<br><br>**AFC/Mobile Centers**<br>**PO Box 830810**<br>**Birmingham, AL 35283** | X | - | | | **Misc** | | | | 200.00 |
| Account No. **Various**<br><br>**Allied Business**<br>**PO Box 1600**<br>**Clinton, IA 52732** | X | - | | | **Collection** | | | | 936.00 |
| Account No. **2842665**<br><br>**Allied Int**<br>**435 Ford Road Suite 800**<br>**Minneapolis, MN 55426** | X | - | | | **Opened  3/01/05  Last Active  9/01/05**<br>**Sprint Pcs** | | | | 329.00 |

| | Subtotal<br>(Total of this page) | 1,725.00 |
|---|---|---|

__16__ continuation sheets attached

Official Form 6F (10/06) - Cont.

In re  **Linda Buck**                                                    , Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **227158238**<br><br>**Allied Interstate Inc**<br>**Gemb**<br>**Po Box 103104**<br>**Roswell, GA 90076** | X | - | Opened  8/08/07  Last Active 10/01/07<br>Collection Directv | | | | 178.00 |
| Account No.<br><br>**American Accounts Management**<br>**101 E. Carmel Dr, Ste 205**<br>**Carmel, IN 46032** | X | - | | | | | 3,903.00 |
| Account No.<br><br>**AmSher Collection Services, Inc.**<br>**2090 Columbiana Road**<br>**Ste 3000**<br>**Birmingham, AL 35216-2161** | X | - | Collection | | | | 354.00 |
| Account No.<br><br>**Apria Healthcare**<br>**1831 Solutions Center**<br>**Chicago, IL 60677** | X | - | Medical | | | | 60.00 |
| Account No.<br><br>**Armor Systems**<br>**2322 N. Green Bay Rd**<br>**Waukegan, IL 60087** | X | - | Collection | | | | 113.00 |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,608.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Linda Buck** _____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5181870005075284** | | | | | Opened  4/16/07  Last Active 11/19/07 CreditCard | | | | |
| **Aspen/fb&t** **6 Concourse Pkwy Ne Fl 2** **Atlanta, GA 30328** | X | - | | | | | | | |
| | | | | | | | | | 698.00 |
| Account No. | | | | | Collection | | | | |
| **Associated Collectors, Inc.** **PO Box 1039** **Janesville, WI 53547-1039** | X | - | | | | | | | |
| | | | | | | | | | 25.00 |
| Account No. 2516210357153 | | | | | 2007 | | | | |
| **AT & T Alabama** **400 Travias St, Ste 104** **Shreveport, LA 71101** | X | - | | | | | | | |
| | | | | | | | | | 134.00 |
| Account No. | | | | | Medical | | | | |
| **Baldwin Emerg Physicians** **PO Box 2131** **Mobile, AL 36652** | X | - | | | | | | | |
| | | | | | | | | | 143.00 |
| Account No. | | | | | Medical | | | | |
| **Bay Radiology** **PO Box 70206** **Mobile, AL 36670** | X | - | | | | | | | |
| | | | | | | | | | 1,235.00 |

Sheet no. __2__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,235.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Linda Buck**
                                                                          ,   Case No. _____
                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Telephone Service | | | | |
| Bell South PO Box 105503 Atlanta, GA 30348 | X | - | | | | | | 239.00 |
| Account No. | | | | Attorney Fees | | | | |
| Brian Larkin One Court Place 301 Rockford, IL 61101 | X | - | | | | | | 363.00 |
| Account No. 173500030087323 | | | | Opened  1/01/07  Last Active  2/01/07 T Mobile 3 | | | | |
| Bur Col Reco Attn: Bankruptcy 7575 Corporate Way Minnetonka, MN 55345 | X | - | | | | | | 487.00 |
| Account No. 173500030087323 | | | | Opened  1/22/07 Collection T-Mobile 3 | | | | |
| Bureau Of Collection R 7575 Corporate Way Eden Prairie, MN 55344 | X | - | | | | | | 487.00 |
| Account No. | | | | def bal on auto loan | | | | |
| Cal Cars 1230  E. State Rockford, IL 61104 | X | - | | | | | | 5,034.33 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    6,610.33

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Linda Buck**_____,   Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4791-2423-4878-8764** <br><br> **Capital One Bank** <br> **PO Box 85522** <br> **Richmond, VA 23285-5522** | X | - | | | **Credit Card** | | | | 700.00 |
| Account No. **486236239713** <br><br> **Capital 1 Bank** <br> **Attn: C/O TSYS Debt Management** <br> **Po Box 5155** <br> **Norcross, GA 30091** | X | - | | | **Opened 12/15/03  Last Active  8/23/04 CreditCard** | | | | 591.00 |
| Account No. **5178-0522-8010-3686** <br><br> **Capital One** <br> **Alliance Receivables Management** <br> **Saint Paul, MN 55121-1128** | X | - | | | | | | | 931.00 |
| Account No. <br><br> **Cardio-Thoracic & Vascular** <br> **1855 Springhill Ave** <br> **Mobile, AL 36607** | X | - | | | **Medical** | | | | 7,055.00 |
| Account No. <br><br> **Cardiology Associates** <br> **6701 Airport Blvd Ste D-330** <br> **Mobile, AL 36608** | X | - | | | **Medical** | | | | 3,061.00 |

Sheet no. __**4**___ of __**16**___ sheets attached to Schedule of          Subtotal          | 12,338.00 |
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Linda Buck**                                                        Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0340152**<br><br>**Carmel Financial**<br>**101 East Carmel Dr, Ste 205**<br>**Carmel, IN 46032** | X | - | | | **2008**<br>**Collection** | | | | **6,600.00** |
| Account No.<br><br>**CCA**<br>**PO Box 806**<br>**Norwell, MA 02061-0806** | X | - | | | **Collection** | | | | **774.00** |
| Account No.<br><br>**Collection Co of America**<br>**PO Box 806**<br>**Norwell, MA 02061-1164** | X | - | | | **Collection** | | | | **773.00** |
| Account No. **Various**<br><br>**Commonwealth Edison (Com Ed)**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | | | **2005-2008**<br>**Utility** | | | | **2,888.00** |
| Account No. **0023313065**<br><br>**Compass Bank/Island National**<br>**6851 Jericho Turnpike, Ste 180**<br>**Syosset, NY 11791** | X | - | | | **2004** | | | | **350.00** |

Sheet no. __**5**__ of __**16**__ sheets attached to Schedule of          Subtotal            **11,385.00**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Official Form 6F (10/06) - Cont.

In re   **Linda Buck**                                                    ,        Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2003 SC 461** <br><br> **Cottonwood Financial** <br> **c/o Baker,Miller,Markoff & Krasny** <br> **11 S. LaSalle St, 19th Fl** <br> **Chicago, IL 60603** | X | - | **Collection** | | | | **700.00** |
| Account No. **2003SC461** <br><br> **Cottonwood Financial** <br> **Corporate Collections Department** <br> **1901 Gateway Dr., Ste 200** <br> **Irving, TX 75038** | X | - | **Collection** | | | | **700.00** |
| Account No. <br><br> **Credit Protection Service** <br> **202 W. State St, 3rd Floor** <br> **PO Box 4115** <br> **Rockford, IL 61110** | X | - | **Various Collection Accounts** | | | | **48.00** |
| Account No. <br><br> **Creditor Services** <br> **PO Box 4** <br> **Clinton, IA 52733-0004** | X | - | **Collection** | | | | **103.00** |
| Account No. **2071370123** <br><br> **Creditors Protection S** <br> **202 W State St Ste 300** <br> **Rockford, IL 61101** | X | - | **Opened  5/17/07  Last Active  8/01/07** <br> **Collection Rockford Health Physicians** | | | | **85.00** |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,636.00**

Official Form 6F (10/06) - Cont.

In re  **Linda Buck**                                              , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical | | | | |
| Crusaders Central Clinic Assoc PO Box 5311 Rockford, IL 61125-0311 | X | - | | | | | | 216.00 |
| Account No. | | | | Utilities | | | | |
| Daphne Utilities PO Box 830182 Birmingham, AL 35283 | X | - | | | | | | 175.00 |
| Account No. | | | | Medical in Collection | | | | |
| Dennis A. Brebner & Associates Attorneys at Law 860 Northpoint Blvd Waukegan, IL 60085-8211 | X | - | | | | | | 1,144.00 |
| Account No. | | | | Attorney Fees | | | | |
| Dennis Leahy,Attorney One Court Place 203 Rockford, IL 61101 | X | - | | | | | | 300.00 |
| Account No. | | | | 2002 IRS Taxes Due | | | | |
| Duane R. Buck PO Box 100 Nora, IL | | - | | | | | | 3,500.00 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5,335.00**

Official Form 6F (10/06) - Cont.

In re    **Linda Buck**                                                                   ,          Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical | | | | |
| **Eastern Shore Anesthesia PO Box 1025 Fairhope, AL 36533** | X | - | | | | | 5,013.00 |
| Account No. | | | | | | | |
| **Eastern Shore Heart Center PO Box 70265 Mobile, AL 36670** | X | - | | | | | 1,407.00 |
| Account No. | | | Medical | | | | |
| **Eastern Shore Med Spec LLC 3 Medical Park Fairhope, AL 36532** | X | - | | | | | 1,284.00 |
| Account No. | | | Collection | | | | |
| **ER Solutions 500 SW 7th Street, St. #A100 PO Box 9004 Renton, WA 98055-2983** | X | - | | | | | 644.00 |
| Account No. | | | Collection | | | | |
| **ERR 1230 E. State St Rockford, IL 61104** | X | - | | | | | 5,034.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **13,382.00**

Official Form 6F (10/06) - Cont.

In re  **Linda Buck**                                                    ,        Case No. _____
                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5206050000236683** <br><br> **First Bk Of De/contine** <br> **1000 Rock Run Parkway** <br> **Wilmington, DE 19801** | X | - | | | Opened  5/08/07  Last Active 12/03/07 <br> **CreditCard** | | | | 660.00 |
| Account No. <br><br> **Franklin Primary Health Center** <br> **PO Box 2048** <br> **Mobile, AL 36652** | X | - | | | **Medical** | | | | 67.00 |
| Account No. **103219704** <br><br> **Gc Services** <br> **Attn: Bankruptcy** <br> **6330 Gulfton** <br> **Houston, TX 77081** | X | - | | | Opened  9/01/04  Last Active 11/01/04 <br> **11 Sprint Pcs** | | | | 329.00 |
| Account No. <br><br> **Harvard Collection Services** <br> **4839 N. Elston Ave** <br> **Chicago, IL 60630** | X | - | | | **Collection** | | | | 100.00 |
| Account No. **5488-9750-2473-3761** <br><br> **HSBC Retail services** <br> **PO Box 5244** <br> **Carol Stream, IL 60197-5244** | X | - | | | **Credit Card** | | | | 592.00 |

| | | | | |
|---|---|---|---|---|
| Sheet no. __**9**___ of __**16**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | 1,748.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Linda Buck**                                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cablevision | | | | |
| **Insight** **4450 Kishwaukee Street** **Rockford, IL 61109-2944** | X | - | | | | | | 117.00 |
| Account No. | | | | maintenance and tax fees | | | | |
| **Lake Forest Property Owners Assoc** **One Gold Terrace, PO Box 1087** **Daphne, AL 36526** | X | - | | | | | | 217.00 |
| Account No. | | | | 2007 Loan | | | | |
| **Magnum Cash Advance** **1403 Foulk Rd, Ste 203** **Wilmington, DE 19803** | X | - | | | | | | 530.00 |
| Account No. | | | | Medical | | | | |
| **Medstar Emergency Medical Service** **PO Box 700** **Foley, AL 36536** | X | - | | | | | | 1,021.00 |
| Account No.  4120613048414186 | | | | Opened 12/11/03  Last Active  8/30/04 CreditCard | | | | |
| **Merrick Bank** **820 East  9400 South** **Sandy, UT 84094** | X | - | | | | | | 918.00 |

Sheet no. __**10**__ of __**16**__ sheets attached to Schedule of           Subtotal           | 2,803.00 |
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

Official Form 6F (10/06) - Cont.

In re   **Linda Buck**                                                                          , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Miller Eye Center** **PO Box 7267** **Rockford, IL 61126** | X | - | | | | | | 87.00 |
| Account No. **7963554** | | **2004** | | | | | | |
| **Mobility Cingular/AT&T** **First Revenue Assurance** **Albuquerque, NM 87110** | X | - | | | | | | 280.00 |
| Account No. | | **Collection** | | | | | | |
| **NCO** **PO Box 13570** **Philadelphia, PA 19101** | X | - | | | | | | 1,410.00 |
| Account No. **839048** | | **Opened 8/01/07** **Other** | | | | | | |
| **Nicor Gas** **Attention: Bankruptcy Department** **1844 Ferry Road** **Naperville, IL 60507** | X | - | | | | | | 859.00 |
| Account No. | | **Medical** | | | | | | |
| **Northern Illinois Imaging** **PO Box 1733** **Rockford, IL 61110** | X | - | | | | | | 109.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,745.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Linda Buck**
_____,
Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2436741** <br><br> **Nwide Recvry** <br> **3000 Kellway Dr Suite 180** <br> **Carrollton, TX 75006** | X | - | | **Opened 4/01/04 Last Active 4/01/04** <br> **At T Wireless 3g** | | | | 1,269.00 |
| Account No. **PAL1ATT5103805906** <br><br> **Palisades Collections** <br> **Attn: Bankruptcy** <br> **Po Box 1244** <br> **Englewood Cliffs, NJ 07632** | X | - | | **Opened 10/04/05 Last Active 3/01/08** <br> **FactoringCompanyAccount At T Wireless** | | | | 1,268.00 |
| Account No. <br><br> **Providian** <br> **PO Box 9016** <br> **Pleasanton, CA 94566-9016** | X | - | | **misc** | | | | 1,662.00 |
| Account No. <br><br> **RAB** <br> **PO Box 34111** <br> **Cordova, TN 38016** | X | - | | **Collection** | | | | 772.00 |
| Account No. **548R020040571151** <br><br> **Rjm Acq Llc** <br> **575 Underhill Blvd Ste 2** <br> **Syosset, NY 11791** | X | - | | **Opened 10/06/07** <br> **FactoringCompanyAccount Wachovia Bank** <br> **Checking Account** | | | | 424.00 |

Sheet no. __**12**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,395.00

Official Form 6F (10/06) - Cont.

In re  **Linda Buck**                                    ,          Case No. _____

_____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2R3313065** <br><br> **Rjm Acq Llc** <br> **575 Underhill Blvd Ste 2** <br> **Syosset, NY 11791** | X | - | | | **Opened 12/10/06  Last Active  2/01/08 FactoringCompanyAccount Compass Bank Checking Account-** | | | | 349.00 |
| Account No. <br><br> **Rockford Ambulatory Surgery Cntr** <br> **1016 Featherstone Road** <br> **Rockford, IL 61107** | X | - | | | **Medical** | | | | 2,300.00 |
| Account No. <br><br> **Rockford Anesthesiologist Assoc** <br> **Billing Dept.** <br> **PO Box 2905** <br> **Loves Park, IL 61132-2905** | X | - | | | **Medical** | | | | 1,500.00 |
| Account No. <br><br> **Rockford Cardiology Assoc.** <br> **PO Box 8410** <br> **Rockford, IL 61126-8410** | X | - | | | **Medical** | | | | 25.00 |
| Account No. <br><br> **Rockford Clinic** <br> **Dept CH 10862** <br> **Palatine, IL 60055** | X | - | | | **Medical** | | | | 2,000.00 |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,174.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Linda Buck**                                          , Case No. _____
                                 Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Rockford Health Physicians**<br>**2300 N. Rockton Avenue**<br>**Rockford, IL 61103** | X | - | | **Medical** | | | | **2,000.00** |
| Account No. **Various**<br><br>**Rockford Memorial Hopital**<br>**PO Box 14125**<br>**Rockford, IL 61105-4125** | X | - | | **2007-2008**<br>**Medical** | | | | **10,000.00** |
| Account No.<br><br>**Rockford Mercantile**<br>**2502 S. Alpine**<br>**Rockford, IL 61108** | X | - | | **Collection** | | | | **235.00** |
| Account No.<br><br>**Rockford Radiology Assoc.**<br>**PO Box 5368**<br>**Rockford, IL 61125** | X | - | | **Medical** | | | | **21.00** |
| Account No.<br><br>**SBC**<br>**Bill Payment Center**<br>**Chicago, IL 60663-0001** | X | - | | **Telephone Service** | | | | **774.00** |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,030.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Linda Buck**                                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Credit Card | | | | |
| **Shell Credit Card Center PO Box 689151 Des Moines, IA 50368** | X | - | | | | | | 66.00 |
| Account No. | | | | Collection | | | | |
| **Smith,Rouchon, & Assoc 201 N. Pine St, Ste 14 Florence, AL 35630** | X | - | | | | | | 4,555.00 |
| Account No. | | | | Medical | | | | |
| **South Baldwin Diag Imaging PO Box 7866 Mobile, AL 36670** | X | - | | | | | | 30.00 |
| Account No. | | | | collection | | | | |
| **State Collection Service PO Box 1022 Wixom, MI 48393** | X | - | | | | | | 152.00 |
| Account No. | | | | Medical | | | | |
| **Swedish American Health Systems 1401 E. State Street Rockford, IL 61104-9863** | X | - | | | | | | 2,000.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,803.00

Official Form 6F (10/06) - Cont.

In re  **Linda Buck**                                                    , Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical | | | | |
| Thomas Hospital PO Box 929 Fairhope, AL 36533 | X | - | | | | | | 9,000.00 |
| Account No. | | | | misc charges | | | | |
| United Credit National Bank PO Box 1229 Sioux Falls, SD 57101 | X | - | | | | | | 340.00 |
| Account No. | | | | Services | | | | |
| Utilities Board of the City of DAPH PO Box 2550 Daphne, AL 36526 | X | - | | | | | | 80.00 |
| Account No. | | | | | | | | |
| Viking Collection Service 7500 Office Ridge Circle Eden Prairie, MN 85038-9210 | X | - | | | | | | 100.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 9,520.00 |
| | Total (Report on Summary of Schedules) | 107,472.33 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6G
(10/05)

In re    **Linda Buck**                                                              ,        Case No. _____
                              Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

<u>    0    </u>  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6H
(10/05)

.

In re    **Linda Buck**                                                                                    Case No. _____
                                                                                              ,
                                            Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Duane Buck**<br>**PO Box 100**<br>**Nora, IL** | |
| **Duane Buck**<br>**PO Box 100**<br>**Nora, IL** | **Amcore Bank N A**<br>**501 7th St**<br>**Rockford, IL 61104** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Accounts Receivable Services, Inc.**<br>**7507 N. 2nd St Unit C**<br>**Machesney Park, IL 61115** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **AFC/Mobile Centers**<br>**PO Box 830810**<br>**Birmingham, AL 35283** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Allied Business**<br>**PO Box 1600**<br>**Clinton, IA 52732** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Allied Int**<br>**435 Ford Road Suite 800**<br>**Minneapolis, MN 55426** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Allied Interstate Inc**<br>**Gemb**<br>**Po Box 103104**<br>**Roswell, GA 90076** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **American Accounts Management**<br>**101 E. Carmel Dr, Ste 205**<br>**Carmel, IN 46032** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **AmSher Collection Services, Inc.**<br>**2090 Columbiana Road**<br>**Ste 3000**<br>**Birmingham, AL 35216-2161** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Apria Healthcare**<br>**1831 Solutions Center**<br>**Chicago, IL 60677** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Armor Systems**<br>**2322 N. Green Bay Rd**<br>**Waukegan, IL 60087** |

  **6**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re   **Linda Buck**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Aspen/fb&t**<br>**6 Concourse Pkwy Ne Fl 2**<br>**Atlanta, GA 30328** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Associated Collectors, Inc.**<br>**PO Box 1039**<br>**Janesville, WI 53547-1039** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **AT & T Alabama**<br>**400 Travias St, Ste 104**<br>**Shreveport, LA 71101** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Baldwin Emerg Physicians**<br>**PO Box 2131**<br>**Mobile, AL 36652** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Bay Radiology**<br>**PO Box 70206**<br>**Mobile, AL 36670** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Bell South**<br>**PO Box 105503**<br>**Atlanta, GA 30348** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Brian Larkin**<br>**One Court Place 301**<br>**Rockford, IL 61101** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Bur Col Reco**<br>**Attn: Bankruptcy**<br>**7575 Corporate Way**<br>**Minnetonka, MN 55345** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Bureau Of Collection R**<br>**7575 Corporate Way**<br>**Eden Prairie, MN 55344** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Cal Cars**<br>**1230  E. State**<br>**Rockford, IL 61104** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Capital  One Bank**<br>**PO Box 85522**<br>**Richmond, VA 23285-5522** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**Po Box 5155**<br>**Norcross, GA 30091** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Capital One**<br>**Alliance Receivables Management**<br>**Saint Paul, MN 55121-1128** |

Sheet __**1**__ of __**6**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Linda Buck**                                                                  ,   Case No. _____
                                                        Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Cardio-Thoracic & Vascular**<br>**1855 Springhill Ave**<br>**Mobile, AL 36607** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Cardiology Associates**<br>**6701 Airport Blvd Ste D-330**<br>**Mobile, AL 36608** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Carmel Financial**<br>**101 East Carmel Dr, Ste 205**<br>**Carmel, IN 46032** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **CCA**<br>**PO Box 806**<br>**Norwell, MA 02061-0806** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Collection Co of America**<br>**PO Box 806**<br>**Norwell, MA 02061-1164** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Commonwealth Edison (Com Ed)**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Compass Bank/Island National**<br>**6851 Jericho Turnpike, Ste 180**<br>**Syosset, NY 11791** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Cottonwood Financial**<br>**c/o Baker,Miller,Markoff & Krasny**<br>**11 S. LaSalle St, 19th Fl**<br>**Chicago, IL 60603** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Cottonwood Financial**<br>**Corporate Collections Department**<br>**1901 Gateway Dr., Ste 200**<br>**Irving, TX 75038** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Credit Protection Service**<br>**202 W. State St, 3rd Floor**<br>**PO Box 4115**<br>**Rockford, IL 61110** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Creditor Services**<br>**PO Box 4**<br>**Clinton, IA 52733-0004** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Creditors Protection S**<br>**202 W State St Ste 300**<br>**Rockford, IL 61101** |

Sheet __2__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Linda Buck**                                                      ,   Case No. _____
                                         Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Crusaders Central Clinic Assoc**<br>**PO Box 5311**<br>**Rockford, IL 61125-0311** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Daphne Utilities**<br>**PO Box 830182**<br>**Birmingham, AL 35283** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Dennis A. Brebner & Associates**<br>**Attorneys at Law**<br>**860 Northpoint Blvd**<br>**Waukegan, IL 60085-8211** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Dennis Leahy,Attorney**<br>**One Court Place 203**<br>**Rockford, IL 61101** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Eastern Shore Anesthesia**<br>**PO Box 1025**<br>**Fairhope, AL 36533** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Eastern Shore Heart Center**<br>**PO Box 70265**<br>**Mobile, AL 36670** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Eastern Shore Med Spec LLC**<br>**3 Medical Park**<br>**Fairhope, AL 36532** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **ER Solutions**<br>**500 SW 7th Street, St. #A100**<br>**PO Box 9004**<br>**Renton, WA 98055-2983** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **ERR**<br>**1230 E. State St**<br>**Rockford, IL 61104** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **First Bk Of De/contine**<br>**1000 Rock Run Parkway**<br>**Wilmington, DE 19801** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Franklin Primary Health Center**<br>**PO Box 2048**<br>**Mobile, AL 36652** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Gc Services**<br>**Attn: Bankruptcy**<br>**6330 Gulfton**<br>**Houston, TX 77081** |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                  Best Case Bankruptcy

In re    **Linda Buck**                                                    Case No. _____
                                                             ,
                                        Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Harvard Collection Services**<br>**4839 N. Elston Ave**<br>**Chicago, IL 60630** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **HSBC Retail services**<br>**PO Box 5244**<br>**Carol Stream, IL 60197-5244** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Insight**<br>**4450 Kishwaukee Street**<br>**Rockford, IL 61109-2944** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Lake Forest Property Owners Assoc**<br>**One Gold Terrace, PO Box 1087**<br>**Daphne, AL 36526** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Magnum Cash Advance**<br>**1403 Foulk Rd, Ste 203**<br>**Wilmington, DE 19803** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Medstar Emergency Medical Service**<br>**PO Box 700**<br>**Foley, AL 36536** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Merrick Bank**<br>**820 East  9400 South**<br>**Sandy, UT 84094** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Miller Eye Center**<br>**PO Box 7267**<br>**Rockford, IL 61126** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Mobility Cingular/AT&T**<br>**First Revenue Assurance**<br>**Albuquerque, NM 87110** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **NCO**<br>**PO Box 13570**<br>**Philadelphia, PA 19101** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**1844 Ferry Road**<br>**Naperville, IL 60507** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Northern Illinois Imaging**<br>**PO Box 1733**<br>**Rockford, IL 61110** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Nwide Recvry**<br>**3000 Kellway Dr Suite 180**<br>**Carrollton, TX 75006** |

Sheet __**4**__ of __**6**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Linda Buck**                                                              , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Palisades Collections**<br>**Attn: Bankruptcy**<br>**Po Box 1244**<br>**Englewood Cliffs, NJ 07632** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Providian**<br>**PO Box 9016**<br>**Pleasanton, CA 94566-9016** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **RAB**<br>**PO Box 34111**<br>**Cordova, TN 38016** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Rjm Acq Llc**<br>**575 Underhill Blvd Ste 2**<br>**Syosset, NY 11791** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Rjm Acq Llc**<br>**575 Underhill Blvd Ste 2**<br>**Syosset, NY 11791** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Rockford Ambulatory Surgery Cntr**<br>**1016 Featherstone Road**<br>**Rockford, IL 61107** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Rockford Anesthesiologist Assoc**<br>**Billing Dept.**<br>**PO Box 2905**<br>**Loves Park, IL 61132-2905** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Rockford Cardiology Assoc.**<br>**PO Box 8410**<br>**Rockford, IL 61126-8410** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Rockford Clinic**<br>**Dept CH 10862**<br>**Palatine, IL 60055** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Rockford Health Physicians**<br>**2300 N. Rockton Avenue**<br>**Rockford, IL 61103** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Rockford Mercantile**<br>**2502 S. Alpine**<br>**Rockford, IL 61108** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Rockford Radiology Assoc.**<br>**PO Box 5368**<br>**Rockford, IL 61125** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **SBC**<br>**Bill Payment Center**<br>**Chicago, IL 60663-0001** |

Sheet   **5**   of   **6**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Linda Buck**                                                                    ,    Case No. _____
                                               Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Shell Credit Card Center**<br>**PO Box 689151**<br>**Des Moines, IA 50368** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Smith,Rouchon, & Assoc**<br>**201 N. Pine St, Ste 14**<br>**Florence, AL 35630** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **South Baldwin Diag Imaging**<br>**PO Box 7866**<br>**Mobile, AL 36670** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **State Collection Service**<br>**PO Box 1022**<br>**Wixom, MI 48393** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Swedish American Health Systems**<br>**1401 E. State Street**<br>**Rockford, IL 61104-9863** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Thomas Hospital**<br>**PO Box 929**<br>**Fairhope, AL 36533** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **United Credit National Bank**<br>**PO Box 1229**<br>**Sioux Falls, SD 57101** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Utilities Board of the City of DAPH**<br>**PO Box 2550**<br>**Daphne, AL 36526** |
| **Duane R. Buck**<br>**PO Box 100**<br>**Nora, IL** | **Viking Collection Service**<br>**7500 Office Ridge Circle**<br>**Eden Prairie, MN 85038-9210** |
| **Sunset Service Center**<br>**Client Service Dept.**<br>**PO Box 173764**<br>**Denver, CO 80217-3764** | **Rockford Memorial Hopital**<br>**PO Box 14125**<br>**Rockford, IL 61105-4125** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Official Form 6I (10/06)

In re    **Linda Buck**                                              Case No. _____
                                    Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>    Grandchild<br>    son<br>    Grandchild<br>    Grandchild | AGE(S):<br>    11<br>    12<br>    6<br>    9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Homemaker** | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 308.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify):   **Social Security** | $ | 720.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,028.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,028.00 | $ | N/A |

| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | 1,028.00 |
|---|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re   **Linda Buck** _____   Case No. _____
                              Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 725.00 |
|   a. Are real estate taxes included?    Yes ___    No **X** | | |
|   b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
|           b. Water and sewer | $ | 0.00 |
|           c. Telephone | $ | 0.00 |
|           d. Other **phone and cable** | $ | 110.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 20.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 95.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 0.00 |
|           b. Life | $ | 0.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 0.00 |
|           e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|           a. Auto | $ | 250.00 |
|           b. Other | $ | 0.00 |
|           c. Other | $ | 0.00 |
|           d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,050.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 1,028.00 |
| b.    Average monthly expenses from Line 18 above | $ | 2,050.00 |
| c.    Monthly net income (a. minus b.) | $ | -1,022.00 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Linda Buck**                             Case No. _____

                                            Debtor(s)            Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**37**__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 1, 2008**                        Signature    **/s/ Linda Buck**

                                                          **Linda Buck**

                                                           Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Linda Buck**          Case No. _____

                                   Debtor(s)     Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$23,000.00** | **Employment 2005** |
| **$0.00** | **Income 2006** |
| **$27,036.00** | **Income  2007** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,500.00** | **Child Support 2007** |
| **$2,300.00** | **Child Support 2006** |

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Credit Counseling** | **2-20-28** | **$50.00** |

4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Loves Park Legal Clinic**<br>**535 Loves Park Drive**<br>**Loves Park, IL 61111** | **2-26-08** | **$500.00** |

**10. Other transfers**

None
■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **Associated Bank**<br>**3333 N. Rockton Avenue**<br>**Rockford, IL 61101** | | **$0** |

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **216 Brooke Rd**<br>**Rockford, IL** | | **2-2006 - 2-2007** |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

7

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**April 1, 2008**_____        Signature    __**/s/ Linda Buck**_____

                                                    **Linda Buck**
                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Linda Buck__                                          Case No. _____
                                    Debtor(s)        Chapter    __7__    _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1997 Chevy Blazer** | **Amcore Bank N A** | X | | | |
| **Secured** | **Conseco Finance** | X | | | |
| **2003 Dodge Grand Caravan** | **Kishwaukee Auto Corall** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   __April  1, 2008_____        Signature   __/s/ Linda Buck_____
                                                      **Linda Buck**
                                                      Debtor

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re __Linda Buck__ 

Debtor(s)

Case No. _____

Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **500.00** |
| Prior to the filing of this statement I have received | $ | **500.00** |
| Balance Due | $ | **0.00** |

2. $__299.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __April 1, 2008__

**/s/ Karl C. Koonmen**
**Karl C. Koonmen**
**Loves Park Legal Clinic**
**The Professional Building**
**535 Loves Park Drive**
**Loves Park, IL 61111**
**815-645-3060 Fax: 815-654-9893**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Karl C. Koonmen | X  /s/ Karl C. Koonmen | April 1, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**The Professional Building
535 Loves Park Drive
Loves Park, IL 61111
815-645-3060**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Linda Buck | X  /s/ Linda Buck | April 1, 2008 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) _____ | X _____ | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Linda Buck**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **174**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my
(our) knowledge.

Date:   **April 1, 2008**

**/s/ Linda Buck**

**Linda Buck**
Signature of Debtor

Accounts Receivable Services, Inc.
7507 N. 2nd St Unit C
Machesney Park, IL 61115

AFC/Mobile Centers
PO Box 830810
Birmingham, AL 35283

Allied Business
PO Box 1600
Clinton, IA 52732

Allied Int
435 Ford Road Suite 800
Minneapolis, MN 55426

Allied Interstate Inc
Gemb
Po Box 103104
Roswell, GA 90076

Amcore Bank N A
501 7th St
Rockford, IL 61104

American Accounts Management
101 E. Carmel Dr, Ste 205
Carmel, IN 46032

AmSher Collection Services, Inc.
2090 Columbiana Road
Ste 3000
Birmingham, AL 35216-2161

Apria Healthcare
1831 Solutions Center
Chicago, IL 60677

Armor Systems
2322 N. Green Bay Rd
Waukegan, IL 60087

Aspen/fb&t
6 Concourse Pkwy Ne Fl 2
Atlanta, GA 30328

Associated Collectors, Inc.
PO Box 1039
Janesville, WI 53547-1039


AT & T Alabama
400 Travias St, Ste 104
Shreveport, LA 71101


Baker,Miller,Markoff & Krasny
11 S. LaSalle St, 10th Floor
Chicago, IL 60603-1203


Baldwin Emerg Physicians
PO Box 2131
Mobile, AL 36652


Bay Radiology
PO Box 70206
Mobile, AL 36670


Bell South
PO Box 105503
Atlanta, GA 30348


Brian Larkin
One Court Place 301
Rockford, IL 61101


Bur Col Reco
Attn: Bankruptcy
7575 Corporate Way
Minnetonka, MN 55345


Bureau Of Collection R
7575 Corporate Way
Eden Prairie, MN 55344


Cal Cars
1230 E. State
Rockford, IL 61104


Capital  One Bank
PO Box 85522
Richmond, VA 23285-5522

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Capital One
Alliance Receivables Management
Saint Paul, MN 55121-1128


Cardio-Thoracic & Vascular
1855 Springhill Ave
Mobile, AL 36607


Cardiology Associates
6701 Airport Blvd Ste D-330
Mobile, AL 36608


Carmel Financial
101 East Carmel Dr, Ste 205
Carmel, IN 46032


CCA
PO Box 806
Norwell, MA 02061-0806


Collection Co of America
PO Box 806
Norwell, MA 02061-1164


Commonwealth Edison (Com Ed)
Bill Payment Center
Chicago, IL 60668-0001


Compass Bank/Island National
6851 Jericho Turnpike, Ste 180
Syosset, NY 11791


Conseco Finance
Po Box 6154
Rapid City, SD 57709


Cottonwood Financial
c/o Baker,Miller,Markoff & Krasny
11 S. LaSalle St, 19th Fl
Chicago, IL 60603

Cottonwood Financial
Corporate Collections Department
1901 Gateway Dr., Ste 200
Irving, TX 75038


Credit Protection Service
202 W. State St, 3rd Floor
PO Box 4115
Rockford, IL 61110


Creditor Services
PO Box 4
Clinton, IA 52733-0004


Creditors Protection S
202 W State St Ste 300
Rockford, IL 61101


Creditors' Protection Service, Inc.
202 W. State Street, Ste. 300
P.O. Box 4115
Rockford, IL 61110-0615


Crusaders Central Clinic Assoc
PO Box 5311
Rockford, IL 61125-0311


Daphne Utilities
PO Box 830182
Birmingham, AL 35283


Dennis A. Brebner & Associates
Attorneys at Law
860 Northpoint Blvd
Waukegan, IL 60085-8211


Dennis Leahy,Attorney
One Court Place 203
Rockford, IL 61101


Duane Buck
PO Box 100
Nora, IL

Duane Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

```
Duane R. Buck
PO Box 100
Nora, IL
```

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Duane R. Buck
PO Box 100
Nora, IL

Eastern Shore Anesthesia
PO Box 1025
Fairhope, AL 36533

Eastern Shore Heart Center
PO Box 70265
Mobile, AL 36670

Eastern Shore Med Spec LLC
3 Medical Park
Fairhope, AL 36532

ER Solutions
500 SW 7th Street, St. #A100
PO Box 9004
Renton, WA 98055-2983

ERR
1230 E. State St
Rockford, IL 61104

First Bk Of De/contine
1000 Rock Run Parkway
Wilmington, DE 19801


Franklin Primary Health Center
PO Box 2048
Mobile, AL 36652


Gc Services
Attn: Bankruptcy
6330 Gulfton
Houston, TX 77081


Harvard Collection Services
4839 N. Elston Ave
Chicago, IL 60630


HSBC Retail services
PO Box 5244
Carol Stream, IL 60197-5244


Insight
4450 Kishwaukee Street
Rockford, IL 61109-2944


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114


Kishwaukee Auto Corall
3336 kishwaukee
Rockford, IL 61109


Lake Forest Property Owners Assoc
One Gold Terrace, PO Box 1087
Daphne, AL 36526


Magnum Cash Advance
1403 Foulk Rd, Ste 203
Wilmington, DE 19803


Medstar Emergency Medical Service
PO Box 700
Foley, AL 36536

Merrick Bank
820 East  9400 South
Sandy, UT 84094


Miller Eye Center
PO Box 7267
Rockford, IL 61126


Mobility Cingular/AT&T
First Revenue Assurance
Albuquerque, NM 87110


NCO
PO Box 13570
Philadelphia, PA 19101


Nicor Gas
Attention:  Bankruptcy Department
1844 Ferry Road
Naperville, IL 60507


Northern Illinois Imaging
PO Box 1733
Rockford, IL 61110


Nwide Recvry
3000 Kellway Dr Suite 180
Carrollton, TX 75006


Palisades Collections
Attn: Bankruptcy
Po Box 1244
Englewood Cliffs, NJ 07632


Providian
PO Box 9016
Pleasanton, CA 94566-9016


RAB
PO Box 34111
Cordova, TN 38016


Rjm Acq Llc
575 Underhill Blvd Ste 2
Syosset, NY 11791

Rjm Acq Llc
575 Underhill Blvd Ste 2
Syosset, NY 11791


Rockford Ambulatory Surgery Cntr
1016 Featherstone Road
Rockford, IL 61107


Rockford Anesthesiologist Assoc
Billing Dept.
PO Box 2905
Loves Park, IL 61132-2905


Rockford Cardiology Assoc.
PO Box 8410
Rockford, IL 61126-8410


Rockford Clinic
Dept CH 10862
Palatine, IL 60055


Rockford Health Physicians
2300 N. Rockton Avenue
Rockford, IL 61103


Rockford Memorial Hopital
PO Box 14125
Rockford, IL 61105-4125


Rockford Mercantile
2502 S. Alpine
Rockford, IL 61108


Rockford Radiology Assoc.
PO Box 5368
Rockford, IL 61125


SBC
Bill Payment Center
Chicago, IL 60663-0001


Shell Credit Card Center
PO Box 689151
Des Moines, IA 50368

Smith,Rouchon, & Assoc
201 N. Pine St, Ste 14
Florence, AL 35630


South Baldwin Diag Imaging
PO Box 7866
Mobile, AL 36670


State Collection Service
PO Box 1022
Wixom, MI 48393


Sunset Service Center
Client Service Dept.
PO Box 173764
Denver, CO 80217-3764


Swedish American Health Systems
1401 E. State Street
Rockford, IL 61104-9863


Swedish American Health Systems
1401 E. State Street
Rockford, IL 61104-9863


Thomas Hospital
PO Box 929
Fairhope, AL 36533


United Credit National Bank
PO Box 1229
Sioux Falls, SD 57101


Utilities Board of the City of DAPH
PO Box 2550
Daphne, AL 36526


Viking Collection Service
7500 Office Ridge Circle
Eden Prairie, MN 85038-9210